**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04384-KK-DTB** Date: **October 19, 2026**

Title: **Fernando Garcia v. Nathan Gaughan**

===========================================================

**DOCKET ENTRY**

===========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF: None present

ATTORNEYS PRESENT FOR DEFENDANT(S): None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING ORDER TO SHOW CAUSE [DOCKET NO. 6]**

On August 3, 2026, petitioner Fernando Garcia ("Petitioner"), proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (Docket No. 1).

On August 27, 2026, the Court issued an Order to Show Cause ("OSC") (Docket No. 6), advising Petitioner that the Petition was subject to dismissal. Petitioner was ordered to show cause within 30 days as to why the Petition should no be dismissed. Petitioner has failed to respond to the OSC within the allotted time.

On the Court's own motion, the Court, sua sponte, extends Petitioner's time up to and including **November 9, 2026**, within which to respond to the OSC.

Petitioner is again admonished that a failure to timely file and serve a response to the OSC **will** result in a recommendation that this action be dismissed for lack of jurisdiction, for failure to prosecute, and/or for failure to obey Court orders.

**IT IS SO ORDERED**.

 Initials of Deputy Clerk rec